IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

PATSY A. ROBINSON                                                                    PLAINTIFF

v.                                   4:04CV00527 SWW/JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                              DEFENDANT

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray. There have been no objections. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted, in their entirety, as the Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's Complaint (docket entry #2) be and it hereby is DISMISSED, WITH PREJUDICE. Judgment shall be entered accordingly.

DATED this 20th day of July, 2005.

                                                  /s/Susan Webber Wright
                                                UNITED STATES DISTRICT JUDGE