## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

PATSY A. ROBINSON                                                                    PLAINTIFF

v.                          4:04CV00527 SWW/JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                          DEFENDANT

## **JUDGMENT**

Pursuant to the Order filed this date, IT IS CONSIDERED, ORDERED, AND ADJUDGED that this case be DISMISSED, WITH PREJUDICE. The relief sought is DENIED.

DATED this 20th day of July, 2005.

                                      /s/Susan Webber Wright

                                      UNITED STATES DISTRICT JUDGE