IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| PATSY A. ROBINSON, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:04cv00527 SWW |
| | * | |
| | * | |
| JO ANNE B. BARNHART, | * | |
| Commissioner of Social Security | * | |
| Administration, | * | |
| | * | |
| Defendant. | * | |

ORDER

By Order entered July 21, 2005 [doc.#9], this Court, without objection, approved and adopted the Proposed Findings and Recommended Disposition from Magistrate Judge Ray dismissing plaintiff's complaint with prejudice. Judgment was entered that same day [doc.#10]. Subsequently, on July 27, 2005, plaintiff requested an extension of time in which to file objections to the Magistrate Judge's Findings and Recommended Disposition, having mistakenly deleted electronic notification of the Magistrate Judge's decision. This Court granted plaintiff's motion and she has now filed her objections.

This Court has carefully reconsidered the Magistrate Judge's Findings and Recommended Disposition in light of plaintiff's objections and reaffirms this Court's decision adopting the Magistrate Judge's Findings and Recommended Disposition; the Order and Judgment dismissing plaintiff's complaint with prejudice shall remain in place.

IT IS SO ORDERED this 9th day of August, 2005.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE